IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06- 111 M |
| FERNANDO MERCADO, | ) (CR06-114-1) |
| Defendant. | ) |

S~~EALE~~D
UN SEALED
10/12/06
KJK

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_ Crime of violence (18 U.S.C. § 3156)

    \_\_ Maximum sentence life imprisonment or death

    _X_ 10+ year drug offense

    \_\_ Felony, with two prior convictions in above categories

    \_\_ Serious risk defendant will flee

    \_\_ Serious risk obstruction of justice

F I L E D

SEP 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_   Defendant's appearance as required

   _X_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (**will**, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

   _X_   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___   At first appearance

   _X_   After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

   1.   At the time the offense was committed the defendant was:

        ___   (a) on release pending trial for a felony;

    ___    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    ___    (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 20th day of September, 2006.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant U. S. Attorney