IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 06-111 |
| FERNANDO MERCADO | : | CR06-114-1 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Please enter our appearance for the Defendant, Fernando Mercado, in the above-captioned matter.

                      Paul Verduci, Esquire
                      Law Office of Lehman & Verduci
                      218 N. Church Street
                      West Chester, PA  19380
                      Telephone:   (610) 436-8000
                      Facsimile:   (610) 436-4302
                      PA Supreme Court ID No. 76094

                      Michael S. Lehman, Esquire
                      Law Office of Lehman & Verduci
                      218 N. Church Street
                      West Chester, PA  19380
                      Telephone:   (610) 436-8000
                      Facsimile:   (610) 436-4302
                      PA Supreme Court ID No.  76548

FILED
OCT 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE