FILED IN COURT
10/3/06 KJC

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

11

UNITED STATES OF AMERICA

v.

FERNANDO MERCADO

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **06-111M-MPT**

CR06-114-1

FERNANDO MERCADO

I, ~~BRYAN KEITH MYERS~~, charged in a complaint pending in this District with **DISTRIBUTION OF MORE THAN 50 GRAMS OF METHAMPHETAMINE**, in violation of Title **21**, U.S.C., **841(a)(1) and b(1)(B)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R.Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

October 3, 2006



FILED
OCT 3 2006
U.S. DIST
DIST