IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 06-111M MPT |
| | : | No. 06-112M MPT |
| FERNANDO MERCADO and BRIAN KEITH MYERS, | : | |
| Defendants. | : | |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the criminal complaint and attached affidavit, arrest warrant, and the related file in the above-captioned cases.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: October 12, 2006

**IT IS SO ORDERED** this 12th day of October, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE